# United States Court of Appeals
## For the First Circuit

No.  26-1714

NATIONAL PARK CONSERVATION ASSOCIATION; AMERICAN ASSOCIATION FOR STATE AND LOCAL HISTORY; ASSOCIATION OF NATIONAL PARK RANGERS; COALITION TO PROTECT AMERICA'S NATIONAL PARKS; SOCIETY FOR EXPERIENTIAL GRAPHIC DESIGN; UNION OF CONCERNED SCIENTISTS,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in the official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; JESSICA BOWRON, in the official capacity as the Official Exercising the Delegated Authority of the Director,

Defendants - Appellants.

### ORDER OF COURT

Entered: June 18, 2026
Pursuant to 1st Cir. R. 27.0(d)

Plaintiffs-Appellees are hereby ordered to respond to Defendants-Appellants' Emergency Motion for Stay Pending Appeal or, Alternatively, an Administrative Stay, no later than Monday, June 22, 2026, at 5:00 p.m.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Steven Y. Bressler, Robin F. Thurston, Mark Samburg, Michael J. Torcello, Pablo Moraga, Brooke Menschel, Donald Campbell Lockhart, Abraham R. George, Robert Nolan Stander, Ian Swenson, Romney Philpott