No. 26-1714

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

NATIONAL PARKS CONSERVATION ASSOCIATION; AMERICAN ASSOCIATION FOR STATE AND LOCAL HISTORY; ASSOCIATION OF NATIONAL PARK RANGERS; COALITION TO PROTECT AMERICA'S NATIONAL PARKS; SOCIETY FOR EXPERIENTIAL GRAPHIC DESIGNERS; and UNION OF CONCERNED SCIENTISTS,

*Plaintiffs-Appellees*,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in his official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; and JESSICA BOWRON, in her official Capacity as the Official Exercising the Delegated Authority of the Director,

*Defendants-Appellants*

Appeal from the United States District Court for the District of Massachusetts
No. 1:26-cv-10877 (Hon. Angel Kelley)

**CONSENTED- TO MOTION BY THE CITY OF BOSTON FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF APPELLEES' OPPOSITION TO EMERGENCY MOTION FOR STAY**

MICHAEL FIRESTONE
CORPORATION COUNSEL

SAMUEL B. DINNING
*Senior Assistant Corporation Counsel*
MEGAN CORRIGAN
*Assistant Corporation Counsel*
City of Boston Law Department
One City Hall Plaza, Room 615
Boston, MA 02201
samuel.dinning@boston.gov
megan.corrigan@boston.gov

*June 24, 2026*

i

**RULE 26.1 CORPORATE DISCLOSURE STATEMENT**

Proposed *amicus curiae* the City of Boston certifies that, as a governmental entity, no corporate disclosure statement is required pursuant to Federal Rule of Appellate Procedure 26.1 and First Circuit Rule 26.1.

*/s/Megan Corrigan*
Megan Corrigan

**MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

The City of Boston ("Boston" or the "City") respectfully requests leave to file the attached proposed *amicus curiae* brief in support of the Appellees' Opposition to the Appellants' Emergency Motion for Stay Pending Appeal. *See* Dkt. No. 3 (Appellants' Emergency Motion for Stay Pending Appeal); *see also* Dkt. No 11 (Appellees' Opposition to Emergency Motion for Stay).

This proposed *amicus* brief is "relevant to the disposition of the case" because of Boston's strong interest in an accurate and balanced presentation of American history in the City on the occasion of the 250th Anniversary of the nation's founding. *See* Fed. R. Civ. P. 29(a)(3)(B). The proposed brief is desirable because Boston would be uniquely harmed if the District Court's injunction is lifted this summer, while record numbers of tourists are visiting the City to celebrate the 250th Anniversary, the World Cup, and other summer events. *Id.* The National Park Service's implementation of the Secretary's Order No. 3431, if

1

allowed to proceed, would lead to the removal of three banners at the Bunker Hill Monument in Boston, erasing the history of the site's lasting impact on abolitionists, immigrants, and activists. The City's perspective is relevant to the Court's consideration of the requested emergency stay.

Boston has received consent from both counsel for Plaintiffs-Appellees and counsel for Defendants-Appellants to file this brief. For the foregoing reasons, Boston respectfully requests that this Court grant leave for the submission of the concurrently filed brief.

*/s/Megan Corrigan*
Megan Corrigan

2

**CERTIFICATE OF SERVICE**

I certify that on June 24, 2026, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

*/s/Megan Corrigan*
Megan Corrigan

**CERTIFICATE OF COMPLIANCE**

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P.  32(a)(6) because this document has been prepared in 14-point, proportionally spaced Times New Roman font.

*/s/Megan Corrigan*
Megan Corrigan