# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 26-1714          **Short Title:** Nat'l Parks Conservation Ass'n v. Dep't of Interior

**Type of Action**

[✓] Civil
[ ] Criminal/Prisoner
[ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from 6/12/2026
   2. Date this notice of appeal filed 6/15/2026
      If cross appeal, date first notice of appeal filed
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)
   4. Date of entry of order deciding above post-judgment motion
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)
      Time extended to

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?   [ ] Yes   [✓] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?   [ ] Yes   [✓] No
         If yes, explain
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?   [✓] Yes   [ ] No
         If yes, explain Appeal from preliminary injunction under 28 U.S.C. § 1292.

C. Has this case previously been appealed?   [ ] Yes   [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?   [ ] Yes   [✓] No
   If yes, cite the case and manner in which it is related on a separate page.  If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E.  Were there any in-court proceedings below?  ☑ Yes    ☐ No
    If yes, is a transcript necessary for this appeal?  ☐ Yes  ☑ No
    If yes, is transcript already on file with district court?  ☐ Yes  ☐ No

F.  List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1.  Adverse party National Parks Conservation Association
    Attorney Steven Y. Bressler
    Address P.O. Box 34553, Washington, DC 20043
    Telephone (202) 982-1569

2.  Adverse party American Association for State and Local History
    Attorney Steven Y. Bressler
    Address P.O. Box 34553, Washington, DC 20043
    Telephone (202) 982-1569

3.  Adverse party Association of National Park Rangers
    Attorney Steven Y. Bressler
    Address P.O. Box 34553, Washington, DC 20043
    Telephone (202) 982-1569

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1.  Appellant's name U.S. Department of the Interior
    Address P.O. Box 7415, Washington, DC 20044
    Telephone (202) 598-9583

    Attorney's name Christopher C. Hair
    Firm U.S. Department of Justice
    Address P.O. Box 7415, Washington, DC 20044
    Telephone (202) 598-9583

2.  Appellant's name Doug Burgum
    Address P.O. Box 7415, Washington, DC 20044
    Telephone (202) 598-9583

    Attorney's name Christopher C. Hair
    Firm U.S. Department of Justice
    Address P.O. Box 7415, Washington, DC 20044
    Telephone (202) 598-9583

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes    ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Christopher C. Hair

Date  7/7/2026

*National Parks Conservation Association v. U.S. Department of the Interior*,
No. 26-1714
Attachment to Federal Defendants/Appellants' Docketing Statement

Additional Adverse Parties:

4. Adverse Party: Coalition to Protect America's National Parks
   Attorney: Steven Y. Bressler
   Address: P.O. Box 34553, Washington, DC 20043
   Telephone: (202) 982-1569

5. Adverse Party: Society for Experiential Graphic Design
   Attorney: Steven Y. Bressler
   Address: P.O. Box 34553, Washington, DC 20043
   Telephone: (202) 982-1569

6. Adverse Party: Union of Concerned Scientists
   Attorney: Steven Y. Bressler
   Address: P.O. Box 34553, Washington, DC 20043
   Telephone: (202) 982-1569

Additional Appellants:

3. Appellant's Name: National Park Service
   Telephone: (202) 598-9583
   Address: P.O. Box 7415, Washington, DC 20044
   Attorney's Name: Christopher C. Hair
   Firm: U.S. Department of Justice
   Address: P.O. Box 7415, Washington, DC 20044
   Telephone: (202) 598-9583

4. Appellant's Name: Jessica Bowron
   Telephone: (202) 598-9583
   Address: P.O. Box 7415, Washington, DC 20044
   Attorney's Name: Christopher C. Hair
   Firm: U.S. Department of Justice
   Address: P.O. Box 7415, Washington, DC 20044
   Telephone: (202) 598-9583

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing docketing statement and attached additional pages were served on July 8, 2026, on all parties to this appeal via the Court's electronic filing system.

/s/ *Christopher Hair*
CHRISTOPHER C. HAIR
Trial Attorney
U.S. Department of Justice
P.O. Box 7415
Washington DC 20044
Telephone: (202) 598-9583
Email: christopher.hair@usdoj.gov

*Counsel for Federal Defendants/*
*Appellants*