No. 26-1714

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

NATIONAL PARKS CONSERVATION ASSOCIATION; AMERICAN ASSOCIATION FOR STATE AND LOCAL HISTORY; ASSOCIATION OF NATIONAL PARK RANGERS; COALITION TO PROTECT AMERICA'S NATIONAL PARKS; SOCIETY FOR EXPERIENTIAL GRAPHIC DESIGNERS; and UNION OF CONCERNED SCIENTISTS,
*Plaintiffs-Appellees*,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in his official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; and JESSICA BOWRON, in her official Capacity as the Official Exercising the Delegated Authority of the Director,
*Defendants-Appellants*

Appeal from the United States District Court for the District of Massachusetts
No. 1:26-cv-10877 (Hon. Angel Kelley)

**FEDERAL APPELLANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX**

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

ROBERT N. STANDER
*Deputy Assistant Attorney General*
ROBERT J. LUNDMAN
CHRISTOPHER C. HAIR
Energy and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-9583
christopher.hair@usdoj.gov

Federal Appellants respectfully move under Federal Rule of Appellate Procedure 26(b) for a 21-day extension of time in which to file their opening brief and appendix, *i.e.*, from September 28, 2026, to **October 19, 2026**. This is Federal Appellants' first request for an extension in this appeal. Undersigned counsel conferred with counsel for Appellees and Appellees are unopposed to the requested relief.

Good cause supports the requested extension. On September 16, 2026, Appellees moved to hold this appeal in abeyance pending the ultimate resolution of the ongoing district court proceedings. The government intends to file a response in opposition to Appellees' motion. If the Court grants Appellees' motion and stays this appeal, briefing will be unnecessary. Therefore, a short-term extension may prevent the needless expenditure of the parties' limited resources.

Moreover, undersigned counsel is primarily responsible for preparing the government's brief and has recently experienced an unexpected death in his family that has required several days of travel and leave to attend the funeral arrangements. In addition to preparing the opening brief and appendix in this appeal, undersigned counsel is responsible for preparing several other briefs due within the next 30 days. Together, these overlapping responsibilities and circumstances will prevent undersigned from drafting Federal Appellants' opening brief and appendix and having them reviewed by officials at the U.S. Department of the Interior and the Office of the Assistant Attorney General for the Energy and Natural Resources Division, as required, prior to the existing deadline.

This extension is not being sought for purposes of delay, nor will it significantly delay the disposition of this appeal, which is not yet scheduled for oral argument. Accordingly, Federal Appellants respectfully request that the Court grant this unopposed motion for an extension of 21 days, to and including October 19, 2026, in which to file their opening brief and appendix. As noted, Appellees are unopposed.

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

ROBERT N. STANDER
*Deputy Assistant Attorney General*

/s/ *Christopher C. Hair*
ROBERT J. LUNDMAN
CHRISTOPHER C. HAIR
Energy and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-9583
christopher.hair@usdoj.gov

September 22, 2026

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 310 (less than 5,200) words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Garamond font.

/s/ *Christopher C. Hair*
Christopher C. Hair

Counsel for Federal Appellees

September 22, 2026