No. 26-1714

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

NATIONAL PARKS CONSERVATION ASSOCIATION; AMERICAN ASSOCIATION FOR STATE AND LOCAL HISTORY; ASSOCIATION OF NATIONAL PARK RANGERS; COALITION TO PROTECT AMERICA'S NATIONAL PARKS; SOCIETY FOR EXPERIENTIAL GRAPHIC DESIGNERS; and UNION OF CONCERNED SCIENTISTS,
*Plaintiffs-Appellees*,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in his official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; and JESSICA BOWRON, in her official Capacity as the Official Exercising the Delegated Authority of the Director,
*Defendants-Appellants*

Appeal from the United States District Court for the District of Massachusetts
No. 1:26-cv-10877 (Hon. Angel Kelley)

# FEDERAL APPELLANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX OUT OF TIME

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

ROBERT N. STANDER
*Deputy Assistant Attorney General*
ROBERT J. LUNDMAN
CHRISTOPHER C. HAIR
Energy and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-9583
christopher.hair@usdoj.gov

Federal Appellants respectfully move to file their brief and appendix one day out of time due to an outage of the Court's electronic filing system (ECF).[1] Appellees have graciously consented to the requested relief.

Federal Appellants' deadline was October 23, 2026. However, due to an ECF outage for scheduled maintenance, undersigned counsel was unable to submit Federal Appellants' brief and appendix until October 24, 2026. Undersigned was unaware of the scheduled outage until the deadline and sincerely regrets any inconvenience to the Court and Appellees caused by the late submission. Undersigned served copies of the brief and appendix on counsel for Appellees via email on October 23, 2026.

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

ROBERT N. STANDER
*Deputy Assistant Attorney General*

/s/ *Christopher C. Hair*
ROBERT J. LUNDMAN
CHRISTOPHER C. HAIR
Energy and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-9583
christopher.hair@usdoj.gov

October 24, 2026

[1] This is Federal Appellants' third request for an extension in this appeal.

CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 120 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Garamond font.

/s/ *Christopher C. Hair*
Christopher C. Hair

Counsel for Federal Appellants

October 24, 2026