# United States Court of Appeals
## For the First Circuit

No. 26-1714

NATIONAL PARKS CONSERVATION ASSOCIATION; AMERICAN ASSOCIATION FOR STATE AND LOCAL HISTORY; ASSOCIATION OF NATIONAL PARK RANGERS; COALITION TO PROTECT AMERICA'S NATIONAL PARKS; SOCIETY FOR EXPERIENTIAL GRAPHIC DESIGN; UNION OF CONCERNED SCIENTISTS,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in the official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; JESSICA BOWRON, in the official capacity as the Official Exercising the Delegated Authority of the Director,

Defendants - Appellants.

**ORDER OF COURT**

Entered: November 9, 2026

Plaintiffs-appellees' "Motion to Hold Appeal in Abeyance Pending the District Court's Final Judgment" is denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Steven Y. Bressler, Robin F. Thurston, Michael J. Torcello, Pablo Moraga, Brooke Menschel, Donald Campbell Lockhart, Abraham R. George, Robert J. Lundman, Adam R.F. Gustafson, Christopher Hair, Robert N. Stander, Megan Corrigan, Samuel Dinning