**No. 26-1714**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

National Parks Conservation Association, et al.,
Plaintiffs-Appellees,
v.
United States Department of the Interior, et al.,
Defendants-Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
No. 26-cv-10877
The Honorable Angel Kelley

# PLAINTIFFS-APPELLEES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE OPENING BRIEF


Brooke Menschel
Pablo A. Moraga
Michael J. Torcello
Steven Y. Bressler
Robin F. Thurston
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
T: (202) 448-9090
F: (202) 921-4875
bmenschel@democracyforward.org
pmoraga@democracyforward.org
mtorcello@democracyforward.org
sbressler@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs-Appellees*

Plaintiffs-Appellees respectfully move under Federal Rule of Appellate Procedure 26(b) for a 30-day extension of time in which to file their opening brief, from December 7, 2026, until January 6, 2027. This is Plaintiffs-Appellees' first request for an extension in this appeal. Plaintiffs-Appellees conferred with counsel for Defendants-Appellants, who are unopposed to the proposed extension.

Good cause supports the requested extension. On June 16, 2026, the government appealed the district court's preliminary injunction and § 705 stay in this matter and sought a stay of the ruling. This Court granted that stay on July 2, 2026. This Court entered a briefing schedule, setting the government's deadline to file their opening brief as September 28, 2026, with Plaintiffs' deadline 30 days later. The government sought and received extensions until October 24, 2026, and the brief was accepted as of November 6, 2026. The Court set the deadline for Plaintiffs' opening brief as December 7, 2026.

Counsel for Plaintiffs now face multiple conflicting deadlines and obligations, including court deadlines in other cases, pre-planned domestic and international travel, and the deadline to file Plaintiffs' motion for summary judgment before the district court by December 11, 2026. This extension is not being sought for the purposes of delay, nor will it significantly delay the disposition of this appeal, which is not yet scheduled for oral argument.

November 17, 2026

Respectfully submitted,

/s/ *Brooke Menschel*

Brooke Menschel
Pablo A. Moraga
Michael J. Torcello
Steven Y. Bressler
Robin F. Thurston
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
T: (202) 448-9090
F: (202) 796-4426

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Motion for an Extension of Time to File Opening Brief complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 223 words. The motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared using Microsoft Word version 16 in proportionally spaced 14 -point Times New Roman typeface.

*/s/ Brooke Menschel*
Brooke Menschel

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2026, I electronically filed the foregoing Motion for an Extension of Time to File Opening Brief with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Brooke Menschel*
Brooke Menschel