# United States Court of Appeals
## For the First Circuit

No. 26-1714

NATIONAL PARKS CONSERVATION ASSOCIATION; AMERICAN ASSOCIATION FOR STATE AND LOCAL HISTORY; ASSOCIATION OF NATIONAL PARK RANGERS; COALITION TO PROTECT AMERICA'S NATIONAL PARKS; SOCIETY FOR EXPERIENTIAL GRAPHIC DESIGN; UNION OF CONCERNED SCIENTISTS,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in the official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; JESSICA BOWRON, in the official capacity as the Official Exercising the Delegated Authority of the Director,

Defendants - Appellants.

**ORDER OF COURT**

Entered: November 18, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellees American Association for State and Local History, Association of National Park Rangers, Coalition to Protect America's National Parks, National Parks Conservation Association, Society for Experiential Graphic Design, and Union of Concerned Scientists to file a brief be enlarged to and including **January 6, 2027**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Steven Y. Bressler, Megan Corrigan, Samuel Dinning, Abraham R. George, Adam R.F. Gustafson, Christopher Hair, Donald Campbell Lockhart, Robert J. Lundman, Brooke Menschel, Pablo Moraga, Robert N. Stander, Robin F. Thurston, Michael J. Torcello